# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ONLINE NEWS LINK LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 13-1438-RGA |
| NETFLIX, INC., | § § | **JURY TRIAL DEMANDED** |
| Defendant. | § § § § | |

## ORDER OF DISMISSAL

On this day, Plaintiff Online News Link, LLC and Defendant Netflix, Inc., announced to the Court that ONLINE NEWS LINK, LLC has settled its claims for relief asserted in this cause. The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

IT IS THEREFORE ORDERED that all claims for relief asserted against NETFLIX, INC., by ONLINE NEWS LINK, LLC herein are dismissed with prejudice;

IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

SO ORDERED this 24th day of September, 2014.

_____
The Honorable Richard G. Andrews